UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-CR-20008 |
| ) | |
| KENNETH W. SLATER, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On July 17, 2018, a Report and Recommendation (#18) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, the defendant's plea of guilty to Counts 1 and 2 of the Indictment is accepted by the Court and the defendant is adjudged guilty of those Counts. The Court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing remains set for November 19, 2018, at 10:30 a.m.

ENTERED this 3rd day of August, 2018.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE